1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA

       v.                                CRIMINAL CASE NO.
                                        JFM-10-0223

SAMUEL SULLIVAN, JR.

      Defendant
_____/

(Sentencing)
Thursday, March 1, 2012
Baltimore, Maryland

Before: Honorable J. Frederick Motz, Judge

Appearances:

    On Behalf of the Government:
     Rachel Yasser, Esquire

    On Behalf of the Defendant:
     Malik K. Edwards, Esquire

---

Reported By:
Mary M. Zajac, RPR, FCRR
Fourth Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

1 (Proceedings at 9:17 a.m.)

2 MS. YASSER: Good morning, Your Honor. Calling the

3 matter of United States versus Samuel Sullivan, Junior, Criminal

4 Number 10-2223. Rachel Yasser on behalf of the United States.

5 With me at counsel table is Special Agent John Shaffer of the

6 FBI. And we're here this morning for sentencing, Your Honor.

7 MR. EDWARDS: Good morning, Your Honor. Assistant

8 Federal Public Defender Malik Edwards here on behalf of my

9 client, Mr. Samuel Sullivan, who appears in custody.

10 THE COURT: Thank you. You all may be seated. Has

11 everybody reviewed the Presentence Report?

12 MS. YASSER: Yes, Your Honor, the government has.

13 MR. EDWARDS: Yes, Your Honor.

14 THE COURT: And you've been over it with your client,

15 Mr. Edwards?

16 MR. EDWARDS: Yes, Your Honor.

17 THE COURT: Are there any factual additions or

18 corrections to be made?

19 MS. YASSER: Yes, Your Honor, I believe so. With

20 respect to Paragraph 22, there were two levels that were

21 incorrectly added for Mr. Sullivan's role in the offense. I

22 believe that was due to Ms. Schrum having a version of the plea

23 agreement that did not include the handwritten changes that were

24 made at the --

25 THE COURT: I think that should be done.

1    MS. YASSER: Yes, Your Honor. Thank you. So that
2 results in a total offense level of 24 rather than 26 for Count
3 Two, which is the armed bank robbery.
4    Then with respect to Mr. Sullivan's criminal history
5 category, which is determined as a Level IV in the PSR, now,
6 granted, this stuff is very confusing and difficult but,
7 ultimately, after speaking with Ms. Schrum and looking at the
8 facts and the underlying documents that were submitted in support
9 of those paragraphs, I agree with Mr. Edwards. I think that
10 those two offenses, the sentences for the Bail Reform Act
11 violation, which is in Paragraph 39, as well as the escape
12 conviction, in Paragraph 43, I think they're counted together
13 because it doesn't appear there was an intervening arrest. And
14 they were sentenced on the same day for both the underlying
15 violation -- the underlying offenses and then the revocations.
16 They were all on the same date.
17    So, ultimately, you only get three points for the
18 escape conviction based on the six-month revocation and then
19 added to the eight-month revocation, which results in a total of
20 three points.
21    THE COURT: So that brings the criminal history
22 category down to?
23    MS. YASSER: A Level III, Category III.
24    THE COURT: I think that's probably right.
25    MS. YASSER: And that results in a guidelines range of

1  63 to 78 months on Count Two, and then to be followed by the 84
2  month mandatory on Count Three, being the use of the firearm.
3          THE COURT: Other than those changes, Mr. Edwards, do
4  you have any other changes?
5          MR. EDWARDS: No, Your Honor. That's what the defense
6  changes were.
7          THE COURT: And what is the government's position
8  within that range?
9          MS. YASSER: Yes, Your Honor.
10         THE COURT: You may be seated, Mr. Edwards.
11         MS. YASSER: The government feels strongly that a
12  sentence of 13-and-a-half years, which would be 78 months as to
13  Count Two and then the 84 months as to Count Three, is absolutely
14  necessary in this case. And it's necessary for three reasons:
15  One, to punish this defendant for the violent, dangerous acts
16  that he committed here; to punish him for his egregious
17  obstructive behavior that followed those violent acts; and then,
18  finally, to deter him from future criminal conduct.
19         And I feel that the factors in 3553(a) strongly support
20  a sentence at the top of the guidelines range for Count Two.
21         To begin, as I've indicated in my sentencing letter,
22  the nature of the offenses is extremely violent and serious. The
23  defendant put at risk eight innocent workers and employees inside
24  a bank. He not only brought in and pointed a loaded firearm at
25  them, but he also threatened them verbally not to make this

1    robbery a homicide.

2              His cousin, his coconspirator, then leapt over a glass

3    partition onto the other side at the bank and took money from

4    three different teller stations totaling $10,000.

5              And it wasn't only the bank employees and the customers

6    inside the bank that this defendant put their lives in jeopardy,

7    it was also the law enforcement officers who then engaged in a

8    high speed chase with the defendant.  Defendant was driving his

9    SUV.  And law enforcement officers had to pursue him for a

10   lengthy period of time.

11             And then even after the defendant was ultimately

12   stopped by stick-ums that the law enforcement officers threw down

13   on the road to disable the vehicle, the defendant and his

14   coconspirator then leapt out of the car and a foot chase pursued.

15   The defendant and his coconspirator got rid of their loaded

16   firearm and ultimately were apprehended by law enforcement.

17             This sort of behavior is extremely dangerous not only

18   for the law enforcement officers engaged in that chase, but also

19   to the community, to the people on the road, the people in the

20   residence, in the residential community where the chase took

21   place.

22             Second, Your Honor, and I think Your Honor is well

23   aware of the facts that pertain to Mr. Sullivan's obstructive

24   conduct in this case, but rather than expressing remorse for his

25   conduct, the defendant then engaged in numerous acts that were

1    specifically designed to mislead law enforcement, as well as the
2    Court.  He provided false statements in his post-arrest
3    interview.  That's not surprising.  But thereafter he then
4    approached his codefendant and said to his codefendant, I know
5    you're cooperating, I know you've basically talked to the
6    government about me, and you need to make it right.  And he
7    instructed him to obstruct justice.
8           The defendant not only did that, but then he himself
9    sent the Court a letter that was purportedly written by his
10   codefendant.  His codefendant denies writing the letter, but
11   agrees that he did sign it, he did sign this letter.  And I have
12   for you the letter here.  It's patent, it's patently false.  It
13   contains material misstatements about the case, about the
14   defendant's culpability.
15          And if I could, Your Honor, I would like to submit the
16   letter as Government's Sentencing Exhibit One.
17          THE COURT:  Of course.
18          MS. YASSER:  May I approach?
19          THE COURT:  Yes.
20          MS. YASSER:  As you see, Your Honor, this is a letter
21   sent to the Court, Chambers of J. Frederick Motz, on January 5th
22   of 2011.  The first page is a letter submitted by Mr. Sullivan
23   and indicates in the PS, I received this letter from my
24   codefendant and it is notarized.
25          The attached letter signed by Andrew Hooker-Orange

1   details, you know, false information.  It basically says that Mr.
2   Hooker-Orange is writing that I never told Sullivan that this
3   person, Tori Jenkins, was going to rob a bank.  Mr. Sullivan did
4   not have anything to do with the bank robbery.  He did not know
5   anything about the bank robbery.
6           Goes on to say that Mr. Hooker-Orange was the driver of
7   the vehicle, as opposed to Mr. Sullivan, which we know is not the
8   case.  And then he says, I only told the prosecutor what they
9   wanted to hear in the proffer meeting.  This is the whole truth
10  and nothing but the truth.  And then he says he gave Sullivan
11  some money but he didn't tell him it was bank money.
12          Your Honor, this letter was specifically designed to
13  mislead the prosecution, to mislead this Court.  It's extremely
14  egregious conduct, and I think it should be considered strongly
15  in sentencing Mr. Sullivan.
16          Finally, the defendant's conduct, as well as his
17  criminal history, necessitate a lengthy sentence for purposes of
18  specific deterrence.  As you can see from the PSR, this offense
19  is far from Mr. Sullivan's first interaction with the criminal
20  justice system.  He has a long history of arrests for serious
21  offenses.  He has one conviction for PWID cocaine.  In fact, on a
22  side note, it did make him a prohibited person at the time he
23  possessed the firearm in this case.
24          And then he had two other convictions, the ones that we
25  were just discussing, about Bail Reform Act violations and the

1    escape conviction, which demonstrate, I think, a poor adjustment
2    to supervision on this defendant's part.
3             So, a sentence of 78 months for Count Two, together
4    with the sentence of 84 months on Count Three, is more than
5    appropriate.  It's absolutely necessary to send a message to this
6    defendant that this kind of conduct just won't be tolerated by
7    the Court.
8             Thank you, Your Honor.
9             THE COURT:  Thank you, Ms. Yasser.  Mr. Edwards.
10            MR. EDWARDS:  Thank you, Your Honor.  The government is
11   right that this was a heinous crime and Mr. Sullivan has accepted
12   responsibility for this crime and his actions in it, and even for
13   his actions immediately following his arrest from this robbery.
14            The defense feels that a sentence of 108 months is
15   appropriate, sufficient, but not greater than necessary, given
16   the totality of the circumstances surrounding Mr. Sullivan.
17            One being his lack of serious criminal history.  He
18   does have the PWID conviction, but that was 12 years ago, Your
19   Honor.  He has two subsequent convictions related to his behavior
20   at a halfway house while he was pending trial for that 2000
21   arrest.  They themselves are 2001.  As it relates to his conduct
22   under supervision, given that it was 11 years ago now, Your
23   Honor, I would ask the Court to take the length of time that has
24   passed between then and now into consideration.
25            I think that given Mr. Sullivan's lack of a serious

1   criminal history, I think that even a Category III is probably
2   overrepresenting his criminal history, given that all of his
3   convictions stem from one 2000 arrest.
4           Your Honor, I think that this is a serious crime.  I
5   think 108 months, 9 years, is a significant sentence for this
6   crime.  I think, Your Honor, the defense asks that the Court
7   sentence Mr. Sullivan to a 108-month sentence.  We think it is
8   appropriate, but not greater than necessary, given his conduct
9   and his history and characteristics.
10          THE COURT:  Thank you, Mr. Edwards.  Mr. Sullivan,
11  before I impose sentence upon you I would be glad to hear
12  anything you have to say.  I won't, I certainly wouldn't hold it
13  against you if you didn't want to say anything.  If you want to
14  say something, I'd be glad to hear from you.  You can remain
15  seated or stand, whatever you want.
16          THE DEFENDANT:  Yes, Your Honor. Good morning, Your
17  Honor.  Again, I definitely wish the people was here today that
18  was in the bank so I could really apologize.  I'm sincerely
19  sorry.  I mean, beside the point that I'm here today to get time,
20  I really wish I could turn, I wish I could really do this all
21  over and never went in that bank, never thought of trying to take
22  money from somebody.
23          I messed up.  I really messed up and I'm sorry.
24          I mean, sitting in jail away from my family and my
25  children and my son talking about basketball and things like that

1   and I'm not being there can't replace, money can't replace that.

2          I'm here suffering and I know I'm about to be punished.

3   But please, please spare me on this one.  I ain't never, never

4   make a mistake again like that, ever.

5          When I went in that bank that day, I put that gun

6   immediately in the bag.  I did not point it at nobody.  And I had

7   no intentions of hurting nobody.  I shouldn't have been there,

8   though.  I'm so sorry.  I'm sorry about that.

9          Conference at the bench.

10  (It is the policy of this court that every guilty plea and

11  sentencing proceeding include a bench conference concerning

12  whether the defendant is or is not cooperating.)

13         THE COURT:  Well, let me tell you what my sentence is

14  and state briefly the reasons for it.  I will sentence you as to

15  Count Two to a period of 72 months.  As to Count Three, I will

16  sentence you to what is appropriately the 84 month, 84 months --

17  I will place you on -- consecutive to Count Two.

18         I will place you on supervised release for a period of

19  five years as to each count, subject to the general conditions

20  and the special conditions that you satisfactorily participate in

21  a treatment program approved by the probation office relating to

22  substance and/or alcohol abuse, that you satisfactorily

23  participate in a vocational or educational program, that you make

24  efforts to obtain a GED.

25         I will impose as to each count the $100 special

1    assessment required by law.
2             Probably against my better judgment because the
3    government is absolutely right in everything it says.  78 months
4    is not inappropriate.  This is six months less.  It's in the
5    middle of the guideline range.  The guideline range is what it is
6    in light of the adjustments that Ms. Yasser has appropriately
7    brought to my attention today.  And this is a little higher than
8    the middle.  But I'm not going to sentence you at the top.  I'm
9    not sure I know why.
10            I mean, you're being -- and I recognize that the
11   obstruction is taken into account in the guidelines, I'm not sure
12   enough.  But this is a substantial sentence.
13            I think what I take into account is Mr. Edwards's point
14   that the, I don't know if there's any overstatement of criminal
15   history, but it is an old offense.  And I'm probably a sucker for
16   it, but your apology to the people who were in the bank.  Robbing
17   the bank is bad enough.  It's the people in the bank I'm
18   concerned about.
19            This is a lengthy sentence.  It is an appropriate --
20   this is absolutely the right sentence under 3553.  Certainly
21   nothing shorter than this would be appropriate under 3553 in
22   terms of general deterrence, specific deterrence, your
23   background, and the interests of justice, including the
24   obstructive conduct.
25            You've asked for a break.  I've given you a little bit

1  of a break.  At least you apologized to the people who were in
2  the bank, and that's the most important thing to me.
3              So that's my sentence and the reasons for it.
4              Was there a Count One to be dismissed?
5              MS. YASSER:  There is, Your Honor.  There's a Count One
6  and a Count Four that needs to be dismissed at this time.
7              THE COURT:  And I grant both of those.
8              MS. YASSER:  Thank you, Your Honor.
9              THE COURT:  Subject to the provisions of the plea
10 agreement, everybody has a right to appeal.  Thank you.
11             MR. EDWARDS:  I'm sorry, Your Honor.  I misheard on
12 Count Two.  The length of time on Count Two?
13             THE COURT:  Beg your pardon?  Oh, I'm sorry.  72
14 months.
15             MR. EDWARDS:  72.
16             THE COURT:  Six months less than the maximum.  Thank
17 you.
18             (Conclusion of Proceedings.)
19
20
21
22
23
24
25

REPORTER'S CERTIFICATE

I, Mary M. Zajac, do hereby certify that I recorded stenographically the proceedings in the matter of USA v. Samuel Sullivan, Jr., Case Number(s) JFM-10-223, on Marc 1, 2012.

I further certify that the foregoing pages constitute the official transcript of proceedings as transcribed by me to the within matter in a complete and accurate manner.

In Witness Whereof, I have hereunto affixed my signature this _____ day of _____, 2021.


_____/S/_____
Mary M. Zajac,
Official Court Reporter

## $

**$10,000** [1] - 5:4
**$100** [1] - 10:25

## /

**/S** [1] - 13:17

## 1

**1** [2] - 1:10, 13:8
**10-2223** [1] - 2:4
**101** [1] - 1:24
**108** [2] - 8:14, 9:5
**108-month** [1] - 9:7
**11** [1] - 8:22
**12** [1] - 8:18
**13-and-a-half** [1] - 4:12

## 2

**2000** [2] - 8:20, 9:3
**2001** [1] - 8:21
**2011** [1] - 6:22
**2012** [2] - 1:10, 13:8
**2021** [1] - 13:13
**21201** [1] - 1:24
**22** [1] - 2:20
**24** [1] - 3:2
**26** [1] - 3:2

## 3

**3553** [2] - 11:20, 11:21
**3553(a** [1] - 4:19
**39** [1] - 3:11

## 4

**43** [1] - 3:12

## 5

**5th** [1] - 6:21

## 6

**63** [1] - 4:1

## 7

**72** [3] - 10:15, 12:13, 12:15

**78** [4] - 4:1, 4:12, 8:3, 11:3

## 8

**84** [5] - 4:1, 4:13, 8:4, 10:16

## 9

**9** [1] - 9:5
**9:17** [1] - 2:1

## A

**a.m** [1] - 2:1
**absolutely** [4] - 4:13, 8:5, 11:3, 11:20
**abuse** [1] - 10:22
**accepted** [1] - 8:11
**account** [2] - 11:11, 11:13
**accurate** [1] - 13:11
**Act** [2] - 3:10, 7:25
**actions** [2] - 8:12, 8:13
**acts** [3] - 4:15, 4:17, 5:25
**added** [2] - 2:21, 3:19
**additions** [1] - 2:17
**adjustment** [1] - 8:1
**adjustments** [1] - 11:6
**affixed** [1] - 13:12
**Agent** [1] - 2:5
**ago** [2] - 8:18, 8:22
**agree** [1] - 3:9
**agreement** [2] - 2:23, 12:10
**agrees** [1] - 6:11
**ain't** [1] - 10:3
**alcohol** [1] - 10:22
**AMERICA** [1] - 1:4
**Andrew** [1] - 6:25
**apologize** [1] - 9:18
**apologized** [1] - 12:1
**apology** [1] - 11:16
**appeal** [1] - 12:10
**appear** [1] - 3:13
**Appearances** [1] - 1:15
**apprehended** [1] - 5:16
**approach** [1] - 6:18
**approached** [1] - 6:4
**appropriate** [5] - 8:5, 8:15, 9:8, 11:19, 11:21
**appropriately** [2] - 10:16, 11:6
**approved** [1] - 10:21
**armed** [1] - 3:3

**arrest** [5] - 3:13, 6:2, 8:13, 8:21, 9:3
**arrests** [1] - 7:20
**assessment** [1] - 11:1
**assistant** [1] - 2:7
**attached** [1] - 6:25
**attention** [1] - 11:7
**aware** [1] - 5:23

## B

**background** [1] - 11:23
**bad** [1] - 11:17
**bag** [1] - 10:6
**Bail** [2] - 3:10, 7:25
**Baltimore** [2] - 1:11, 1:24
**bank** [16] - 3:3, 4:24, 5:3, 5:5, 5:6, 7:3, 7:4, 7:5, 7:11, 9:18, 9:21, 10:5, 11:16, 11:17, 12:2
**based** [1] - 3:18
**basketball** [1] - 9:25
**beg** [1] - 12:13
**begin** [1] - 4:21
**Behalf** [2] - 1:16, 1:18
**behalf** [2] - 2:4, 2:8
**behavior** [3] - 4:17, 5:17, 8:19
**bench** [2] - 10:9, 10:11
**beside** [1] - 9:19
**better** [1] - 11:2
**between** [1] - 8:24
**bit** [1] - 11:25
**break** [2] - 11:25, 12:1
**briefly** [1] - 10:14
**brings** [1] - 3:21
**brought** [2] - 4:24, 11:7

## C

**car** [1] - 5:14
**CASE** [1] - 1:5
**case** [5] - 4:14, 5:24, 6:13, 7:8, 7:23
**Case** [1] - 13:8
**category** [2] - 3:5, 3:22
**Category** [2] - 3:23, 9:1
**certainly** [2] - 9:12, 11:20
**CERTIFICATE** [1] - 13:4
**certify** [2] - 13:6, 13:9
**Chambers** [1] - 6:21
**changes** [4] - 2:23, 4:3, 4:4, 4:6
**characteristics** [1] - 9:9
**chase** [4] - 5:8, 5:14, 5:18, 5:20

**children** [1] - 9:25
**circumstances** [1] - 8:16
**client** [2] - 2:9, 2:14
**cocaine** [1] - 7:21
**coconspirator** [3] - 5:2, 5:14, 5:15
**codefendant** [5] - 6:4, 6:10, 6:24
**committed** [1] - 4:16
**community** [2] - 5:19, 5:20
**complete** [1] - 13:11
**concerned** [1] - 11:18
**concerning** [1] - 10:11
**Conclusion** [1] - 12:18
**conditions** [2] - 10:19, 10:20
**conduct** [9] - 4:18, 5:24, 5:25, 7:14, 7:16, 8:6, 8:21, 9:8, 11:24
**Conference** [1] - 10:9
**conference** [1] - 10:11
**confusing** [1] - 3:6
**consecutive** [1] - 10:17
**consideration** [1] - 8:24
**considered** [1] - 7:14
**constitute** [1] - 13:9
**contains** [1] - 6:13
**conviction** [5] - 3:12, 3:18, 7:21, 8:1, 8:18
**convictions** [3] - 7:24, 8:19, 9:3
**cooperating** [2] - 6:5, 10:12
**corrections** [1] - 2:18
**counsel** [1] - 2:5
**count** [2] - 10:19, 10:25
**Count** [16] - 3:2, 4:1, 4:2, 4:13, 4:20, 8:3, 8:4, 10:15, 10:17, 12:4, 12:5, 12:6, 12:12
**counted** [1] - 3:12
**course** [1] - 6:17
**COURT** [19] - 1:1, 2:10, 2:14, 2:17, 2:25, 3:21, 3:24, 4:3, 4:7, 4:10, 6:17, 6:19, 8:9, 9:10, 10:13, 12:7, 12:9, 12:13, 12:16
**court** [1] - 10:10
**Court** [8] - 6:2, 6:9, 6:21, 7:13, 8:7, 8:23, 9:6, 13:18
**Courthouse** [1] - 1:23
**cousin** [1] - 5:2
**crime** [4] - 8:11, 8:12, 9:4, 9:6
**CRIMINAL** [1] - 1:5
**Criminal** [1] - 2:3

**criminal** [9] - 3:4, 3:21, 4:18, 7:17, 7:19, 8:17, 9:1, 9:2, 11:14
**culpability** [1] - 6:14
**custody** [1] - 2:9
**customers** [1] - 5:5

## D

**dangerous** [2] - 4:15, 5:17
**date** [1] - 3:16
**DEFENDANT** [1] - 9:16
**defendant** [12] - 4:15, 4:23, 5:6, 5:8, 5:11, 5:13, 5:15, 5:25, 6:8, 8:6, 10:12
**Defendant** [2] - 1:7, 1:18
**defendant's** [3] - 6:14, 7:16, 8:2
**Defender** [1] - 2:8
**defense** [3] - 4:5, 8:14, 9:6
**definitely** [1] - 9:17
**demonstrate** [1] - 8:1
**denies** [1] - 6:10
**designed** [2] - 6:1, 7:12
**details** [1] - 7:1
**deter** [1] - 4:18
**determined** [1] - 3:5
**deterrence** [3] - 7:18, 11:22
**different** [1] - 5:4
**difficult** [1] - 3:6
**disable** [1] - 5:13
**discussing** [1] - 7:25
**dismissed** [2] - 12:4, 12:6
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**documents** [1] - 3:8
**done** [1] - 2:25
**down** [2] - 3:22, 5:12
**driver** [1] - 7:6
**driving** [1] - 5:8
**due** [1] - 2:22

## E

**educational** [1] - 10:23
**Edwards** [8] - 1:18, 2:8, 2:15, 3:9, 4:3, 4:10, 8:9, 9:10
**EDWARDS** [7] - 2:7, 2:13, 2:16, 4:5, 8:10, 12:11, 12:15
**Edwards's** [1] - 11:13

**efforts** [1] - 10:24
**egregious** [2] - 4:16, 7:14
**eight** [2] - 3:19, 4:23
**eight-month** [1] - 3:19
**employees** [2] - 4:23, 5:5
**enforcement** [6] - 5:7, 5:9, 5:12, 5:16, 5:18, 6:1
**engaged** [3] - 5:7, 5:18, 5:25
**escape** [3] - 3:11, 3:18, 8:1
**Esquire** [2] - 1:16, 1:18
**Exhibit** [1] - 6:16
**expressing** [1] - 5:24
**extremely** [3] - 4:22, 5:17, 7:13

**F**

**fact** [1] - 7:21
**factors** [1] - 4:19
**facts** [2] - 3:8, 5:23
**factual** [1] - 2:17
**false** [3] - 6:2, 6:12, 7:1
**family** [1] - 9:24
**far** [1] - 7:19
**FBI** [1] - 2:6
**FCRR** [1] - 1:23
**Federal** [1] - 2:8
**finally** [2] - 4:18, 7:16
**firearm** [4] - 4:2, 4:24, 5:16, 7:23
**first** [2] - 6:22, 7:19
**five** [1] - 10:19
**Floor** [1] - 1:23
**followed** [2] - 4:1, 4:17
**following** [1] - 8:13
**foot** [1] - 5:14
**FOR** [1] - 1:1
**foregoing** [1] - 13:9
**Four** [1] - 12:6
**Fourth** [1] - 1:23
**Frederick** [2] - 1:12, 6:21
**future** [1] - 4:18

**G**

**GED** [1] - 10:24
**general** [2] - 10:19, 11:22
**given** [6] - 8:15, 8:22, 8:25, 9:2, 9:8, 11:25
**glad** [2] - 9:11, 9:14
**glass** [1] - 5:2
**Government** [1] - 1:16

**government** [5] - 2:12, 4:11, 6:6, 8:10, 11:3
**Government's** [1] - 6:16
**government's** [1] - 4:7
**grant** [1] - 12:7
**granted** [1] - 3:6
**greater** [2] - 8:15, 9:8
**guideline** [2] - 11:5
**guidelines** [3] - 3:25, 4:20, 11:11
**guilty** [1] - 10:10
**gun** [1] - 10:5

**H**

**halfway** [1] - 8:20
**handwritten** [1] - 2:23
**hear** [3] - 7:9, 9:11, 9:14
**heinous** [1] - 8:11
**hereby** [1] - 13:6
**hereunto** [1] - 13:12
**high** [1] - 5:8
**higher** [1] - 11:7
**himself** [1] - 6:8
**history** [9] - 3:4, 3:21, 7:17, 7:20, 8:17, 9:1, 9:2, 9:9, 11:15
**hold** [1] - 9:12
**homicide** [1] - 5:1
**Honor** [26] - 2:2, 2:6, 2:7, 2:12, 2:13, 2:16, 2:19, 3:1, 4:5, 4:9, 5:22, 6:15, 6:20, 7:12, 8:8, 8:10, 8:19, 8:23, 9:4, 9:6, 9:16, 9:17, 12:5, 12:8, 12:11
**Honorable** [1] - 1:12
**Hooker** [1] - 6:25
**hooker** [2] - 7:2, 7:6
**Hooker-Orange** [1] - 6:25
**hooker-Orange** [2] - 7:2, 7:6
**house** [1] - 8:20
**hurting** [1] - 10:7

**I**

**Ill** [3] - 3:23, 9:1
**immediately** [2] - 8:13, 10:6
**important** [1] - 12:2
**impose** [2] - 9:11, 10:25
**IN** [1] - 1:1
**inappropriate** [1] - 11:4
**include** [2] - 2:23, 10:11
**including** [1] - 11:23

**incorrectly** [1] - 2:21
**indicated** [1] - 4:21
**indicates** [1] - 6:23
**information** [1] - 7:1
**innocent** [1] - 4:23
**inside** [2] - 4:23, 5:6
**instructed** [1] - 6:7
**intentions** [1] - 10:7
**interaction** [1] - 7:19
**interests** [1] - 11:23
**intervening** [1] - 3:13
**interview** [1] - 6:3
**IV** [1] - 3:5

**J**

**jail** [1] - 9:24
**January** [1] - 6:21
**Jenkins** [1] - 7:3
**jeopardy** [1] - 5:6
**JFM-10-0223** [1] - 1:6
**JFM-10-223** [1] - 13:8
**John** [1] - 2:5
**JR** [1] - 1:6
**Jr** [1] - 13:8
**Judge** [1] - 1:12
**judgment** [1] - 11:2
**Junior** [1] - 2:3
**justice** [3] - 6:7, 7:20, 11:23

**K**

**kind** [1] - 8:6

**L**

**lack** [2] - 8:17, 8:25
**law** [7] - 5:7, 5:9, 5:12, 5:16, 5:18, 6:1, 11:1
**leapt** [2] - 5:2, 5:14
**least** [1] - 12:1
**length** [2] - 8:23, 12:12
**lengthy** [3] - 5:10, 7:17, 11:19
**less** [2] - 11:4, 12:16
**letter** [11] - 4:21, 6:9, 6:10, 6:11, 6:12, 6:16, 6:20, 6:22, 6:23, 6:25, 7:12
**level** [1] - 3:2
**Level** [2] - 3:5, 3:23
**levels** [1] - 2:20
**light** [1] - 11:6
**lives** [1] - 5:6
**loaded** [2] - 4:24, 5:15
**Lombard** [1] - 1:24

**looking** [1] - 3:7

**M**

**Malik** [2] - 1:18, 2:8
**mandatory** [1] - 4:2
**manner** [1] - 13:11
**Marc** [1] - 13:8
**March** [1] - 1:10
**Mary** [3] - 1:23, 13:6, 13:17
**MARYLAND** [1] - 1:1
**Maryland** [2] - 1:11, 1:24
**material** [1] - 6:13
**matter** [3] - 2:3, 13:7, 13:11
**maximum** [1] - 12:16
**mean** [3] - 9:19, 9:24, 11:10
**meeting** [1] - 7:9
**message** [1] - 8:5
**messed** [2] - 9:23
**middle** [2] - 11:5, 11:8
**misheard** [1] - 12:11
**mislead** [3] - 6:1, 7:13
**misstatements** [1] - 6:13
**mistake** [1] - 10:4
**money** [5] - 5:3, 7:11, 9:22, 10:1
**month** [4] - 3:18, 3:19, 4:2, 10:16
**months** [13] - 4:1, 4:12, 4:13, 8:3, 8:4, 8:14, 9:5, 10:15, 10:16, 11:3, 11:4, 12:14, 12:16
**morning** [4] - 2:2, 2:6, 2:7, 9:16
**most** [1] - 12:2
**Motz** [2] - 1:12, 6:21
**MR** [7] - 2:7, 2:13, 2:16, 4:5, 8:10, 12:11, 12:15
**MS** [12] - 2:2, 2:12, 2:19, 3:1, 3:23, 3:25, 4:9, 4:11, 6:18, 6:20, 12:5, 12:8

**N**

**nature** [1] - 4:22
**necessary** [5] - 4:14, 8:5, 8:15, 9:8
**necessitate** [1] - 7:17
**need** [1] - 6:6
**needs** [1] - 12:6
**never** [5] - 7:2, 9:21, 10:3

**NO** [1] - 1:5
**nobody** [2] - 10:6, 10:7
**NORTHERN** [1] - 1:2
**notarized** [1] - 6:24
**note** [1] - 7:22
**nothing** [2] - 7:10, 11:21
**Number** [1] - 2:4
**Number(s** [1] - 13:8
**numerous** [1] - 5:25

**O**

**obstruct** [1] - 6:7
**obstruction** [1] - 11:11
**obstructive** [3] - 4:17, 5:23, 11:24
**obtain** [1] - 10:24
**OF** [2] - 1:1, 1:4
**offense** [4] - 2:21, 3:2, 7:18, 11:15
**offenses** [4] - 3:10, 3:15, 4:22, 7:21
**office** [1] - 10:21
**officers** [4] - 5:7, 5:9, 5:12, 5:18
**official** [1] - 13:10
**Official** [1] - 13:18
**old** [1] - 11:15
**one** [5] - 4:15, 7:21, 8:17, 9:3, 10:3
**One** [3] - 6:16, 12:4, 12:5
**ones** [1] - 7:24
**opposed** [1] - 7:7
**Orange** [3] - 6:25, 7:2, 7:6
**overrepresenting** [1] - 9:2
**overstatement** [1] - 11:14

**P**

**page** [1] - 6:22
**pages** [1] - 13:9
**Paragraph** [3] - 2:20, 3:11, 3:12
**paragraphs** [1] - 3:9
**pardon** [1] - 12:13
**part** [1] - 8:2
**participate** [2] - 10:20, 10:23
**partition** [1] - 5:3
**passed** [1] - 8:24
**patent** [1] - 6:12
**patently** [1] - 6:12
**pending** [1] - 8:20

people [6] - 5:19, 9:17, 11:16, 11:17, 12:1
period [3] - 5:10, 10:15, 10:18
person [2] - 7:3, 7:22
pertain [1] - 5:23
place [3] - 5:21, 10:17, 10:18
plea [3] - 2:22, 10:10, 12:9
point [3] - 9:19, 10:6, 11:13
pointed [1] - 4:24
points [2] - 3:17, 3:20
policy [1] - 10:10
poor [1] - 8:1
position [1] - 4:7
possessed [1] - 7:23
post [1] - 6:2
post-arrest [1] - 6:2
Presentence [1] - 2:11
probation [1] - 10:21
proceeding [1] - 10:11
proceedings [3] - 2:1, 13:7, 13:10
Proceedings [1] - 12:18
proffer [1] - 7:9
program [2] - 10:21, 10:23
prohibited [1] - 7:22
prosecution [1] - 7:13
prosecutor [1] - 7:8
provided [1] - 6:2
provisions [1] - 12:9
PS [1] - 6:23
PSR [2] - 3:5, 7:18
Public [1] - 2:8
punish [2] - 4:15, 4:16
punished [1] - 10:2
purportedly [1] - 6:9
purposes [1] - 7:17
pursue [1] - 5:9
pursued [1] - 5:14
put [3] - 4:23, 5:6, 10:5
PWID [2] - 7:21, 8:18

**R**

Rachel [2] - 1:16, 2:4
range [5] - 3:25, 4:8, 4:20, 11:5
rather [2] - 3:2, 5:24
really [4] - 9:18, 9:20, 9:23
reasons [3] - 4:14, 10:14, 12:3
received [1] - 6:23
recognize [1] - 11:10
recorded [1] - 13:6

Reform [2] - 3:10, 7:25
related [1] - 8:19
relates [1] - 8:21
relating [1] - 10:21
release [1] - 10:18
remain [1] - 9:14
remorse [1] - 5:24
replace [2] - 10:1
Report [1] - 2:11
Reported [1] - 1:22
Reporter [1] - 13:18
REPORTER'S [1] - 13:4
required [1] - 11:1
residence [1] - 5:20
residential [1] - 5:20
respect [2] - 2:20, 3:4
responsibility [1] - 8:12
results [3] - 3:2, 3:19, 3:25
reviewed [1] - 2:11
revocation [2] - 3:18, 3:19
revocations [1] - 3:15
rid [1] - 5:15
risk [1] - 4:23
road [2] - 5:13, 5:19
rob [1] - 7:3
robbery [5] - 3:3, 5:1, 7:4, 7:5, 8:13
robbing [1] - 11:16
role [1] - 2:21
RPR [1] - 1:23

**S**

Samuel [3] - 2:3, 2:9, 13:7
SAMUEL [1] - 1:6
satisfactorily [2] - 10:20, 10:22
Schrum [2] - 2:22, 3:7
seated [3] - 2:10, 4:10, 9:15
second [1] - 5:22
see [2] - 6:20, 7:18
send [1] - 8:5
sent [2] - 6:9, 6:21
sentence [18] - 4:12, 4:20, 7:17, 8:3, 8:4, 8:14, 9:5, 9:7, 9:11, 10:13, 10:14, 10:16, 11:8, 11:12, 11:19, 11:20, 12:3
sentenced [1] - 3:14
sentences [1] - 3:10
sentencing [4] - 2:6, 4:21, 7:15, 10:11
Sentencing [2] - 1:10, 6:16

serious [5] - 4:22, 7:20, 8:17, 8:25, 9:4
Shaffer [1] - 2:5
shorter [1] - 11:21
side [2] - 5:3, 7:22
sign [2] - 6:11
signature [1] - 13:13
signed [1] - 6:25
significant [1] - 9:5
sincerely [1] - 9:18
sitting [1] - 9:24
six [3] - 3:18, 11:4, 12:16
six-month [1] - 3:18
son [1] - 9:25
sorry [6] - 9:19, 9:23, 10:8, 12:11, 12:13
sort [1] - 5:17
spare [1] - 10:3
speaking [1] - 3:7
Special [1] - 2:5
special [2] - 10:20, 10:25
specific [2] - 7:18, 11:22
specifically [2] - 6:1, 7:12
speed [1] - 5:8
stand [1] - 9:15
state [1] - 10:14
statements [1] - 6:2
STATES [2] - 1:1, 1:4
States [2] - 2:3, 2:4
stations [1] - 5:4
stem [1] - 9:3
stenographically [1] - 13:7
stick [1] - 5:12
stick-ums [1] - 5:12
stopped [1] - 5:12
Street [1] - 1:24
strongly [3] - 4:11, 4:19, 7:14
stuff [1] - 3:6
subject [2] - 10:19, 12:9
submit [1] - 6:15
submitted [2] - 3:8, 6:22
subsequent [1] - 8:19
substance [1] - 10:22
substantial [1] - 11:12
sucker [1] - 11:15
suffering [1] - 10:2
sufficient [1] - 8:15
SULLIVAN [1] - 1:6
Sullivan [13] - 2:3, 2:9, 6:22, 7:2, 7:3, 7:7, 7:10, 7:15, 8:11, 8:16, 9:7, 9:10, 13:8

Sullivan's [5] - 2:21, 3:4, 5:23, 7:19, 8:25
supervised [1] - 10:18
supervision [2] - 8:2, 8:22
support [2] - 3:8, 4:19
surprising [1] - 6:3
surrounding [1] - 8:16
SUV [1] - 5:9
system [1] - 7:20

**T**

table [1] - 2:5
teller [1] - 5:4
terms [1] - 11:22
THE [21] - 1:1, 1:1, 2:10, 2:14, 2:17, 2:25, 3:21, 3:24, 4:3, 4:7, 4:10, 6:17, 6:19, 8:9, 9:10, 9:16, 10:13, 12:7, 12:9, 12:13, 12:16
themselves [1] - 8:21
thereafter [1] - 6:3
threatened [1] - 4:25
three [4] - 3:17, 3:20, 4:14, 5:4
Three [4] - 4:2, 4:13, 8:4, 10:15
threw [1] - 5:12
Thursday [1] - 1:10
today [3] - 9:17, 9:19, 11:7
together [2] - 3:12, 8:3
tolerated [1] - 8:6
took [2] - 5:3, 5:20
top [2] - 4:20, 11:8
Tori [1] - 7:3
total [2] - 3:2, 3:19
totaling [1] - 5:4
totality [1] - 8:16
transcribed [1] - 13:10
transcript [1] - 13:10
treatment [1] - 10:21
trial [1] - 8:20
truth [2] - 7:9, 7:10
trying [1] - 9:21
turn [1] - 9:20
two [4] - 2:20, 3:10, 7:24, 8:19
Two [9] - 3:3, 4:1, 4:13, 4:20, 8:3, 10:15, 10:17, 12:12

**U**

U.S [1] - 1:23
ultimately [4] - 3:7,

3:17, 5:11, 5:16
ums [1] - 5:12
under [3] - 8:22, 11:20, 11:21
underlying [3] - 3:8, 3:14, 3:15
UNITED [2] - 1:1, 1:4
United [2] - 2:3, 2:4
up [2] - 9:23
USA [1] - 13:7

**V**

vehicle [2] - 5:13, 7:7
verbally [1] - 4:25
version [1] - 2:22
versus [1] - 2:3
violation [2] - 3:11, 3:15
violations [1] - 7:25
violent [3] - 4:15, 4:17, 4:22
vocational [1] - 10:23

**W**

West [1] - 1:24
Whereof [1] - 13:12
whole [1] - 7:9
wish [3] - 9:17, 9:20
Witness [1] - 13:12
workers [1] - 4:23
writing [2] - 6:10, 7:2
written [1] - 6:9

**Y**

Yasser [4] - 1:16, 2:4, 8:9, 11:6
YASSER [12] - 2:2, 2:12, 2:19, 3:1, 3:23, 3:25, 4:9, 4:11, 6:18, 6:20, 12:5, 12:8
years [5] - 4:12, 8:18, 8:22, 9:5, 10:19

**Z**

Zajac [3] - 1:23, 13:6, 13:17